**Opinion issued July 2, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00648-CV**

————————————

**IN RE 3M COMPANY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator 3M Company has filed a petition for writ of mandamus complaining

of the MDL pretrial court's orders.[1]  We deny mandamus relief. *See* TEX. R. APP.

P. 52.8(a).  We dismiss any pending motions as moot.

---

[1]  The underlying case is *In re: January 24th Explosion Litigation*, master docket number 2021-15294, pending in the 11th District Court of Harris County, Texas, the Honorable Mark Davidson presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.